## CHICAGO AND NORTHWESTERN RAILWAY CO. *v.* FULLER.

**ERROR TO THE SUPREME COURT OF THE STATE OF IOWA.**

No. 89. Submitted November 6, 1873. — Decided December 23, 1873.

*Railroad Co.* v. *Fuller*, 17 Wall. 561, followed.

MR. JUSTICE SWAYNE delivered the opinion of the court.

The record in this case presents the same question as the record in No. 88, between the same parties, heretofore decided at the present term, *Railroad Company* v. *Fuller*, 17 Wall. 561. The opinion in No. 88 decides that question.

*The judgment in this case is, therefore, affirmed.*

*Mr. B. C. Cook* for plaintiff in error.

*Mr. J. Hubley Ashton* and *Mr. Nathaniel Wilson* for defendant in error.